**Yoo I. LEE, Plaintiff–Appellant**

v.

**Steve STAMATKIN, et al., Defendants–Appellees.**

No. 08–30938

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

March 4, 2009.

Yoo I. Lee, pro se.

Before HIGGINBOTHAM, BARKSDALE, and ELROD, Circuit Judges.

PER CURIAM: *

Yoo I. Lee, proceeding pro se and in forma pauperis, appeals the judgments of the district court dismissing his claims with prejudice and denying his motions for waiver of jurisdiction, to vacate judgment, and for a due process hearing. (His brief advances other claims and arguments, but these appear to be the only appealable

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

